IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 04-767-4 |
| PHUC VINH VO<br>USM#58985-066 | : |

### ORDER

AND NOW this 10th day of April, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 78 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

/s/ Paul S. Diamond
The Honorable Paul S. Diamond
United States District Court Judge